**DISMISS and Opinion Filed September 23, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00841-CV

### REVANTH CHILUKURI, Appellant
### V.
### LYDIA MARQUEZ, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-03455**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant has filed a motion to dismiss, stating he no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240841F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

REVANTH CHILUKURI, Appellant

No. 05-24-00841-CV        V.

LYDIA MARQUEZ, Appellee

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-22-03455.
Opinion delivered by Chief Justice
Burns, Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Lydia Marquez recover her costs, if any, of this appeal from appellant Revanth Chilukuri.

Judgment entered September 23, 2024